DUANE MORRIS LLP
Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
380 Lexington Avenue
New York, New York 10168
(212) 692-1000

Attorneys for Plaintiffs



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHROPOLOGIE, INC. and U.O.D., INC.,    :
                                          :  Civil Action No. 06 CV 2510
                    Plaintiffs,           :
                                          :  **RULE 7.1 DISCLOSURE**
         -against-                        :  **STATEMENT**
                                          :
                                          :
FOREVER 21, INC.                          :  ECF CASE
                                          :
                    Defendants.           :
-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs, Anthropologie, Inc. and U.O.D., Inc (private non-governmental corporate parties), certifies that the following is the only corporate parent, affiliate and/or subsidiary of said parties which is publicly held and/or owns 10% or more of the said parties' stock: Urban Outfitters, Inc.

Dated: New York, N.Y.
       March 30, 2006

                                DUANE MORRIS LLP

                                By: _____
                                   Gregory P. Gulia (GG 4215)
                                   Vanessa C. Hew (VH 4617)
                                380 Lexington Avenue
                                New York, New York 10168
                                (212) 692-1000
                                Attorneys for Plaintiffs
                                Anthropologie, Inc. and U.O.D., Inc.