| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| DUANE MORRIS<br>633 W FIFTH ST<br>STE 4600<br>LOS ANGELES CA 90071 | 689-7400<br><br>Ref. No. or File No.<br>U0802-0009 | |
| ATTORNEY FOR   PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

U.S DISTRICT COURT 312 N SPRING ST
CENTRAL DISTRICT LOS ANGELES CA 90012

SHORT TITLE OF CASE:
ANTHROPOLOGIE v. FOREVER 21, INC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 167447 | | | | 06CV2510 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL CASE; COMPLAINT AND JURY DEMAND; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS; INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY III.

2. a. Party served:  FOREVER 21, INC.
   b. Person served: CARLA CARO
                     Authorized to Accept
   c. Address: 2001  S. ALAMEDA ST
               LOS ANGELES CA 90058

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

    a. BY PERSONALLY DELIVERING the copies (1) On: 04/04/06 (2) At: 11:37AM

5. Person serving: JOSE RIVERA              Fee for service $

APEX ATTORNEY SERVICES              d. Registered California process server
1055 WEST SEVENTH STREET            (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017               (2) Registration No. 3104
213-488-1500 FAX                    (3) County: LOS ANGELES
                                    (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 04/07/06                          >
                                        SIGNATURE