

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
E-MAIL: gpgulia@duanemorris.com

www.duanemorris.com

July 14, 2006

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

**BY HAND DELIVERY**

Hon. William H. Pauley, III
United States District Court for the
Southern District of New York
500 Pearl Street
Chambers 2210
Courtroom 11D
New York, New York  10007

    Re:    <u>Anthropologie, Inc. and U.O.D., Inc. v. Forever 21, Inc.
            Civil Action No. 06 CV 2510 (WHP)</u>

Dear Judge Pauley:

       We represent plaintiffs in the above-captioned case. The Court has scheduled an initial conference for next Friday, July 21st at 10:15 a.m. In accordance with the Court's May 12, 2006 Order, counsel for all parties were directed to confer with each other prior to the conference regarding all of the subjects to be considered pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and to file a written report outlining their discovery plan at least seven days prior to the initial pretrial conference. Today is seven days prior to the scheduled conference and therefore the discovery plan report is due today.

       Defendant, Forever 21, Inc., has just recently retained counsel. Defendant has not yet answered or otherwise responded to the complaint. I spoke with defendant's counsel, Peter S. Sloane of Ostrolenk, Faber, Gerb & Soffen, LLP today by telephone regarding the case. There is a significant chance that the parties might be able to settle the case. In any event, because Mr. Sloane has only recently been retained, defendant's counsel will need time to review the complaint, prepare a response and analyze discovery issues. Plaintiff has no objection to the Court granting a reasonable extension of time for defendant to perform the aforementioned tasks.

---

DUANE MORRIS LLP

380 LEXINGTON AVENUE   NEW YORK, NY 10168        PHONE: 212.692.1000   FAX: 212.692.1020

**DuaneMorris**

Hon. William H. Pauley, III
July 14, 2006
Page 2

    Accordingly, the parties jointly <u>request an adjournment of the July 21st initial pre-trial conference.</u>  No previous request has been made for an adjournment of the initial pretrial conference.

Respectfully submitted,

*[signature]*

Gregory P. Gulia

GPG:slj

cc:    Peter S. Sloane, Esq. (counsel for defendant)

*[handwritten]* Application Granted. Conference adjourned to September 1, 2006 at 12:00pm

**SO ORDERED:**

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.

7/24/06