Peter S. Sloane (PS 7204)
Douglas Q. Hahn (DH 3032)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Attorneys for Defendant Forever 21, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHROPOLOGIE, INC. and U.O.D., INC., <br><br> Plaintiffs, <br><br> v. <br><br> FOREVER 21, INC., <br><br> Defendant. | Civil Action No.: 06-CV-2510 (WHP) <br><br> **ECF CASE** <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the firm of Ostrolenk, Faber, Gerb & Soffen, LLP hereby appears as counsel for Defendant Forever 21, Inc. in the above-captioned action through Peter S. Sloane and Douglas Q. Hahn, members in good standing of the Bar of this Court. Copies of all papers and correspondence may be sent to them at the following address:

> OSTROLENK, FABER, GERB & SOFFEN, LLP
> 1180 Avenue of the Americas, 7th Floor
> New York, New York 10036
> Phone: (212) 382-0700
> Facsimile: (212) 382-0888

Dated: August 7, 2006
      New York, New York

Respectfully submitted,

/s/
Peter S. Sloane (PS 7204)
Douglas Q. Hahn (DH 3032)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700
Attorneys for Defendant Forever 21, Inc.

{00775500.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel for Plaintiffs by postage prepaid, First-Class mail on this 7th day of June, 2006, addressed as follows:

Gregory P. Gulia, Esq.
DUANE MORRIS LLP
380 Lexington Avenue
New York, New York  10168

_____
Peter S. Sloane