UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ANTHROPOLOGIE, INC. and U.O.D., INC.,        :

                Plaintiffs,          :

    -against-                                                  :           ORDER

FOREVER 21, INC.,                                            :

                Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

06 Civ. 2510 (WHP)

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated:  September 1, 2006
          New York, New York

Anthropologie, Inc. et al v. Forever 21, Inc.                                                                                                        Doc. 7

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                          U.S.D.J.