# Duane Morris

| | FIRM and AFFILIATE OFFICES |
|---|---|
| | NEW YORK |
| | LONDON |
| | CHICAGO |
| | HOUSTON |
| | PHILADELPHIA |
| VANESSA C. HEW | SAN DIEGO |
| DIRECT DIAL: 212.692.1062 | SAN FRANCISCO |
| E-MAIL: vchew@duanemorris.com | BOSTON |
| | WASHINGTON, DC |
| www.duanemorris.com | ATLANTA |
| | MIAMI |
| | PITTSBURGH |
| October 2, 2006 | NEWARK |
| | ALLENTOWN |
| | WILMINGTON |
| | HARRISBURG |
| BY HAND DELIVERY | PRINCETON |
| | WESTCHESTER |

*Handwritten annotation:* Application granted. Action is restored and an initial pretrial conference is scheduled for 11/17/06 at 10:30 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
10/10/06

Honorable William H. Pauley III
United States District Court for the
Southern District of New York
500 Pearl Street
Room 2210
New York, NY 10007

*Stamp:* 10/12/06

Re: **Anthropologie, Inc. and U.O.D., Inc. v. Forever 21, Inc.**
**(Civil Action No. 06 CV 2510 (WHP))**

Dear Judge Pauley:

We are counsel to plaintiffs Anthropologie, Inc. and U.O.D., Inc. ("Plaintiffs"). On September 1, 2006, the Court ordered that the above-referenced matter (the "Action") be discontinued in light of a report that a settlement of this action appeared to be imminent (the "Order"). The Court's Order provided that the Action could be restored to the Court's calendar, without cost or prejudice to any party, provided that an application to restore the Action is made within thirty days of the issuance of the Order.

In accordance with the Order, we respectfully request that the Action be restored to the Court's calendar. Plaintiffs have discovered additional facts which preclude settlement at this time.

As a final matter, we note that the Court did not specify the form in which the application to restore the Action should be made. Plaintiffs respectfully submit this letter in support of their request for restoration. In the event that your Honor requires that the application for restoration be made by formal motion, please let us know.

Respectfully submitted,

Vanessa C. Hew

DUANE MORRIS LLP

380 LEXINGTON AVENUE   NEW YORK, NY 10168                    PHONE: 212.692.1000   FAX: 212.692.1020

Hon. William H. Pauley, III
October 2, 2006
Page 2


VCH:slj

cc: Peter S. Sloane, Esq. (counsel for defendant), by fax
    Gregory P. Gulia, Esq.