# OSTROLENK, FABER, GERB & SOFFEN, LLP

1180 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036-8403
TEL 212 382 0700   FAX 212 382 0888   FAX 212 398 0681
email@ostrolenk.com

| PARTNERS | | ASSOCIATES | | OF COUNSEL | *DC BAR |
|---|---|---|---|---|---|
| SAMUEL H. WEINER | CHARLES P. LAPOLLA | JOEL J. FELBER** | JEFF KIRSHNER | MARTIN PFEFFER | **CONNECTICUT BARS |
| ROBERT C. FABER | DOUGLAS A. MIRO | KOUROSH SALEHI** | ART C. CODY | LAWRENCE A HOFFMAN | WASHINGTON OFFICE |
| MAX MOSKOWITZ | PETER S. SLOANE | DOUGLAS Q. HAHN | ERICKA K. DEWEY | MARTIN J. BERAN | 1725 K STREET, N. W. |
| JAMES A. FINDER | | MICHAEL I. MARKOWITZ | KELLY M. BARGMANN | PAUL GRANDINETTI* | WASHINGTON, D.C. 20006 |
| WILLIAM O. GRAY, III | | CHARLES P. GUARINO | BELLA KARAKIS | MARK A. FARLEY | TEL 202 457 7785 |
| LOUIS C. DUJMICH | | KEITH J. BARKAUS | DAVID J. TORRENTE | GEORGE BRIEGER | FAX 202 429 8919 |

Writer's Direct Dial:
(212) 596-0590

Writer's E-Mail:
squigley@ostrolenk.com

[Stamp: NOV 16 2006 CHAMBERS OF ...]

November 15, 2006

*Application granted. The 1 PTC is adjourned to 12/15/06 at 10:15 A.M.*

VIA FEDERAL EXPRESS

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
11/16/06

Re: *Anthropologie, Inc. and U.O.D., Inc. v. Forever 21, Inc.*
06 CIV. 2510 (WHP)

Dear Judge Pauley:

We are attorneys for Defendant Forever 21, Inc. in the above civil action. We respectfully request that the Court adjourn the initial conference currently scheduled for November 17, 2006 at 10:30 a.m. for 30 days or for another date convenient to the court.

The parties have reopened settlement discussions and believe that a settlement is imminent. In addition, it is anticipated that other garment designs that were not the subject of the complaint will be incorporated in the agreement. The additional time is required for the parties to finalize the settlement terms and prepare a written agreement. Two previous requests for an adjournment of the initial conference were made and granted. Our adversary consents to this further extension request.

[Stamp:
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/06]

Respectfully submitted,

OSTROLENK, FABER, GERB & SOFFEN, LLP

Stephen J. Quigley

SJQ:bar
cc: Gregory P. Gulia, Esq. (counsel for plaintiffs) (via fax)
    Young Kwon, Esq. (via fax)

{00798556.1}