```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/06
```

DEC 14 2006

CHAMBERS OF
WILLIAM H. PAULEY

# OSTROLENK, FABER, GERB & SOFFEN, LLP

1180 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036-8403
TEL 212 382 0700   FAX 212 382 0888   FAX 212 398 0681
email@ostrolenk.com

**PARTNERS**
SAMUEL H. WEINER
ROBERT C. FABER
MAX MOSKOWITZ
JAMES A. PINDER
WILLIAM O. GRAY, III
LOUIS C. DUJMICH

CHARLES P. LAPOLLA
DOUGLAS A. MIRO
PETER S. SLOANE

**ASSOCIATES**
JOEL J. FELBER**
KOUROSH SALEHI**
DOUGLAS Q. HAHN
MICHAEL I. MARKOWITZ
CHARLES P. GUARINO
KEITH J. BARKAUS

JEFF KIRSHNER
ART C. CODY
ERICK A. K. DEWEY
KELLY M. BARGMANN
BELLA KARAKIS
DAVID J. TORRENTE

**OF COUNSEL**
MARTIN PFEFFER
LAWRENCE A HOFFMAN
MARTIN J. BERAN
PAUL GRANDINETTI*
MARK A. FARLEY
GEORGE BRIEGER

*DC BAR
**CONNECTICUT BARS
WASHINGTON OFFICE
1725 K STREET, N.W.
WASHINGTON, D.C. 20006
TEL 202 457 7785
FAX 202 429 8919

December 14, 2006

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

SO ORDERED:

[signature]

12/18/06

Application granted.
Initial pre-trial conference is
adjourned to 1/12/06
at 10:30 a.m.

Re: *Anthropologie, Inc. and U.O.D., Inc. v. Forever 21, Inc.* 06 CIV. 2510 (WHP)

Dear Judge Pauley:

We are attorneys for Defendant Forever 21, Inc. in the above copyright infringement action. We respectfully request that the Court adjourn the initial conference currently scheduled for tomorrow at 10:15 a.m. until the beginning of the New Year.

As advised in our letter dated November 15, 2006, the parties have reopened settlement discussions. The parties had reached an agreement regarding the allegations alleged in the Complaint when Plaintiff brought additional designs to the attention of Defendant. Additional time is still required for the parties to incorporate those new designs into the settlement.

Three previous requests for an adjournment of the initial conference were made and granted. Our adversary consents to this further extension request. The parties hope to settle their dispute in full by the end of this year.

The parties are mindful of Your Honor's Individual Practices stating that requests for adjournment must be received in Chambers not less than two business days before the scheduled time. To the extent that Your Honor denies this request, Defendant respectfully requests that the Court advise Defendant as to whether it should file an Answer to the Complaint prior to the scheduled conference. Plaintiff has consented to Defendant extending its time to answer or otherwise respond to the Complaint.

Respectfully submitted,

OSTROLENK, FABER, GERB & SOFFEN, LLP

[signature]

Peter S. Sloane

PSS:nb

cc: Gregory P. Gulia, Esq. (counsel for plaintiffs) (via fax)

{00804842.1}