# OSTROLENK, FABER, GERB & SOFFEN, LLP

1180 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036-8403
TEL 212 382 0700  FAX 212 382 0888  FAX 212 398 0681
email@ostrolenk.com

| PARTNERS | ASSOCIATES | | OF COUNSEL | *DC BAR |
|---|---|---|---|---|
| SAMUEL H. WEINER | CHARLES P. LAPOLLA | JOEL J. FELBER** | JEFF KIRSHNER | MARTIN PFEFFER | **CONNECTICUT BARS |
| ROBERT C. FABER | DOUGLAS A. MIRO | KOUROSH SALEHI* | ART C. CODY | LAWRENCE A. HOFFMAN | WASHINGTON OFFICE |
| MAX MOSKOWITZ | PETER S. SLOANE | DOUGLAS Q. HAHN | ERICKA K. DEWEY | MARTIN J. BERAN | 1725 K STREET, N.W. |
| JAMES A. FINDER | | MICHAEL D MARKOWITZ | KELLY M. BARGMANN | PAUL GRANDINETTI* | WASHINGTON, D.C. 20006 |
| WILLIAM O. GRAY, III | | CHARLES P. GUARINO | BELLA KARAKIS | MARK A. FARLEY | TEL 202 457 7785 |
| LOUIS C. DUJMICH | | KEITH J. BARKAUS | DAVID J. TORRENTE | GEORGE BRIEGER | FAX 202 429 8919 |

*JAN 11 2007*

January 10, 2007  *Application granted.*

*CHAMBERS OF ...PAULEY III*

VIA FEDERAL EXPRESS

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
1/11/07

Re: *Anthropologie, Inc. and U.O.D., Inc. v. Forever 21, Inc.* 06 CIV. 2510 (WHP)

Dear Judge Pauley:

We are attorneys for Defendant Forever 21, Inc. in the above copyright infringement action. We respectfully request that the Court adjourn the initial conference currently scheduled for January 12, 2007 at 10:30 a.m.

The parties are pleased to report that they have reached an agreement regarding the additional accused designs. The original draft settlement agreement has now been modified to encompass the additional claims. Additional time is still required for the parties to finalize and execute the revised written agreement and to submit a Notice of Dismissal.

Four previous requests for an adjournment of the initial conference were made and granted. Our adversary consents to this further extension request.

Respectfully submitted,

OSTROLENK, FABER, GERB & SOFFEN, LLP

*[signature]*
Peter S. Sloane

PSS:nb
cc: Gregory P. Gulia, Esq. (counsel for plaintiffs) (via FedEx)

{00809834.1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/07