DUANE MORRIS LLP
Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
380 Lexington Avenue
New York, New York 10168
(212) 692-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
ANTHROPOLOGIE, INC. and U.O.D., INC.,

                Plaintiffs,

    -against-

FOREVER 21, INC.

                Defendant.
---------------------------------------------------------X

Civil Action No. 06-CV-02510 (WHP)

ECF CASE

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs Anthropologie Inc. and U.O.D., Inc. by their attorneys, Duane Morris LLP, hereby dismiss the above action, with prejudice and without costs against any party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 15, 2007

DUANE MORRIS LLP

By: _____
Gregory P. Gulia (GG 4215)

Vanessa C. Hew (VH 4617)
380 Lexington Avenue
New York, New York 10168
(212) 692-1000

Attorneys for Plaintiffs
Anthropologie Inc. and U.O.D., Inc

**SO ORDERED:**

_____
U.S.D.J.

2/22/07

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/28/07]

Pauley